UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL FINDLEY,

        Plaintiff,

v.

UNITED PARCEL SERVICE,

        Defendant.

_____/

Case No. 08-11742

SENIOR UNITED STATES
DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
R. STEVEN WHALEN

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [37] AND DENYING PLAINTIFF'S MOTION TO WAIVE TAXED COSTS [34]

On August 24, 2012, Magistrate Judge Whalen issued a Report and Recommendation [37] that Plaintiff Paul Findley's Motion to Waive Taxed Costs [34] be DENIED.

No objection to the Report and Recommendation was filed. The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Waive Taxed Costs [34] is **DENIED**.

**SO ORDERED**.

                s/Arthur J. Tarnow
                ARTHUR J. TARNOW
                SENIOR UNITED STATES DISTRICT JUDGE

Dated: September 19, 2012