UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL FINDLEY,                   Case No. 08-11742

      Plaintiff,                   SENIOR UNITED STATES
                                      DISTRICT JUDGE
v.                                     ARTHUR J. TARNOW

UNITED PARCEL SERVICE,          MAGISTRATE JUDGE
                                      R. STEVEN WHALEN
      Defendant.

_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [37] AND DENYING PLAINTIFF'S MOTION TO WAIVE TAXED COSTS [34]

      On August 24, 2012, Magistrate Judge Whalen issued a Report and Recommendation [37] that Plaintiff Paul Findley's Motion to Waive Taxed Costs [34] be DENIED.

      No objection to the Report and Recommendation was filed.  The Court has reviewed the record in this case.

      The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

      Accordingly,

      **IT IS ORDERED** that Plaintiff's Motion to Waive Taxed Costs [34] is **DENIED**.

      **SO ORDERED**.


                                                                  s/Arthur J. Tarnow
                                                                  ARTHUR J. TARNOW
                                                                  SENIOR UNITED STATES DISTRICT JUDGE
Dated: September 19, 2012